THE STATE OF OHIO, APPELLANT, *v.* BARNETT, APPELLEE.

[Cite as *State v. Barnett* (1993), 68 Ohio St.3d 115.]

(No. 93–1071—Submitted November 10, 1993—Decided December 29, 1993.)

*Paul F. Kutscher, Jr.,* Seneca County Prosecuting Attorney, and *James S. Nordholt, Jr.,* Assistant Prosecuting Attorney, for appellant.

*Paul G. Croushore,* for appellee.

The cause is affirmed on authority of *State v. Collins* (1993), 67 Ohio St.3d 115, 616 N.E.2d 224.

MOYER, C.J., A.W. SWEENEY, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

DOUGLAS, J., dissents.